EDWARD L. VOORHEES ET AL., ETC., APPELLANTS, v. WILLIAM D. KELLY, STATE TAX COMMISSIONER, RESPONDENT.

Argued October 19, 1943—Decided January 27, 1944.

For the appellants, *Walter E. Cooper.*

For the respondent, *David T. Wilentz,* Attorney-General.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, BODINE, HEHER, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, DILL, JJ.   9.

*For reversal*—None.